# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE NO.   8:10-MJ-1433-T-EAJ                        DATE:    September 14, 2010

HONORABLE  ELIZABETH A. JENKINS                      INTERPRETER      None
                                                     LANGUAGE

UNITED STATES OF AMERICA                              AUSA Laurel Moore
v.                                                   Government Counsel

SHANNON L. WREN                                      Bjorn Brunvand, Esq.
STEPHANIE A. MCCLOSKEY                               Bjorn Brunvand, Esq.
Defendant                                            Defense Counsel

COURT RPTR/TAPE  Digital                             DEPUTY CLERK   Cathy Morgan

TIME  2:44 - 3:05                    TOTAL           COURTROOM        11A

## PROCEEDINGS: **INITIAL APPEARANCE/DISTRICT OF COLUMBIA**
            (Circle proceedings that apply)

| | |
|---|---|
| X | Deft provided w/copy of  Indictment |
| X | ARREST DATE:   September 14, 2010 |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| X | Counsel has entered a limited appearance |
| X | Defts waive identity |
| X | Government requests detention for defendant Wren, release for defendant McCloskey |
| X | Court: Orders Bond set at  $25,000.00 signature bond for defendant McCloskey |
|   |    X   Residence/travel restricted to Middle District of Florida |
|   |    X   Pretrial Services Supervision |
|   | _____ Shall reside with wife   X   No change of address w/out Court approval |
|   |    X   Maintain/seek employment |
|   |    X   Shall appear 9/20/10 at 1:30 before Judge Robinson in Washington, DC |
|   |    X   Passport to be surrendered by Pretrial Services within 24 hours of release. |
|   |    X   Obtain no passport |
|   |    X   Shall not conduct business that is similar to the activity alleged in the Indictment. |
| X | Detention hearing is continued to Thursday, September 16, 2010 at 2:00 pm for defendant Wren |