# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:10-MJ-1433-T-EAJ | **DATE:** September 16, 2010 |
| **HONORABLE** ELIZABETH A. JENKINS | **INTERPRETER** N/A |
| | **LANGUAGE** |
| **UNITED STATES OF AMERICA** | AUSA Jeffrey Downing |
| v. | **Government Counsel** |
| **SHANNON L. WREN** | Jeffrey Brown, Esq. |
| **Defendant** | **Defense Counsel** |
| **COURT RPTR** Digital | **DEPUTY CLERK** Cathy Morgan |
| **TIME** 3:04 - 3:53 | **TOTAL**    **Courtroom** 11A |

**PROCEEDINGS:**

## DETENTION HEARING

Defendant has retained Jeffrey Brown. Government argues for detention of defendant. Government has seized defendant's home, rental property, vehicles and boats. Defendant argues in favor of release. Defendant does not have any assets to post for security and requests release on a signature bond. Defendant calls Debra Green, defendant's mother, witness sworn. Mother is willing to place her residence as collateral for a secured bond. Court directs Pretrial Services to confirm the girlfriends residence. Hearing is continued until Monday, September 20, 2010 at 10:00 a.m.