# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

**APPEARANCE BOND**

v.

CASE No. 8:10-MJ-1433-T-EAJ

SHANNON L. WREN

**Non-surety:** I, the undersigned defendant acknowledge that I and my personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $250,000.00 (to be co-signed by property owners) and there has been deposited in the Registry of the Court the sum of $ __N/A__ in cash or Property Bond (see Forfeiture Agreement).

The conditions of this bond are that the defendant, **Shannon L. Wren,** is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

**Further, the defendant's conditions of release, set forth by separate order, are part of this bond.**

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on **September 20, 2010**, at Tampa, Florida.

DEFENDANT: _____
Shannon L. Wren

ADDRESS: __11200 5th Street East__
__Treasure Island, FL 33706__
Telephone # 727-463-7973

SURETY: _____  ADDRESS: 6451 64th Avenue North
Alan Toledo                              Pinellas Park, FL 33781
                                         Telephone # 727-214-4618

SURETY: _____  ADDRESS: 6451 64th Avenue North
Angie Toledo                             Pinellas Park, FL 33781
                                         Telephone # 727-214-4618

SURETY: _____  ADDRESS: 8915 107th Avenue North
Jack McCloskey                           Seminole, FL 33777
                                         Telephone # 727-365-8665

SURETY: _____  ADDRESS: 6451 64th Avenue North
Dennis Markwart                          Pinellas Park, FL 33781
                                         Telephone # 727-214-4618

SURETY: _____  ADDRESS: 6451 64th Avenue North
Sharon Markwart                          Pinellas Park, FL 33781
                                         Telephone # 727-214-4618

Signed and acknowledged before me on **September 20, 2010.**

_____
Deputy U.S. Marshal or Deputy Clerk

Approved: _____
ELIZABETH A. JENKINS, U.S. MAGISTRATE JUDGE

_____
Deputy Clerk as to surety