RECEIVED
U.S. MARS # **United States District Court**

MIDDLE 2010 SEP 21 AM 9: 25 _____ **DISTRICT OF** _____ **FLORIDA**

UNITED STATES OF AMERICA FLORIDA
MIDDLE DIST TAMPA

v.

### SHANNON L. WREN

**AGREEMENT TO FORFEIT PROPERTY**

**CASE No.  8:10-MJ-1433-T-EAJ**

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c)(1)(B)(xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

Property Address:  8980 108th Avenue N. Seminole, FL  33777

Legal Description: Lot 15, Block 4, Starkey Heights Unit 1, according to the Plat thereof as recorded in Plat Book 51, Page 12, Public Records of Pinellas Co, Florida

and there has been posted with the court the following indicia of my/our ownership of the property:

   **Warranty Deed**

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

Property is owned free and clear.

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

   The conditions of this agreement are that the defendant, **Shannon L. Wren,** is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

   It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

   If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States.  Forfeiture under this agreement for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.  **I/We waive any claim to Homestead Exemption as a defense.**

   This agreement is signed on **September 20, 2010,** at Tampa, Florida.

DEFENDANT: _____
      Shannon L. Wren

ADDRESS: _11200 5th Street East_

   _Treasure Island, FL  33706_

   Telephone # _727-463-7973_

SURETY: _____
                Alan Toledo

ADDRESS:____6451 64th Avenue North_____

              ____Pinellas Park, FL  33781_____

              Telephone # __727-814-4618_____

SURETY: _____
                Alan Toledo
                Angela

ADDRESS:____6451 64th Avenue North_____

              ____Pinellas Park, FL  33781_____

              Telephone # __727-814-4618_____

Signed and acknowledged before me on  September 20, 2010, in Tampa, Florida

_____
Deputy U.S. Marshal or Deputy Clerk

Approved: _____
ELIZABETH A. JENKINS, U.S. MAGISTRATE JUDGE

_____
Deputy Clerk as to Surety