UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.  Case No: 8:10-MJ-1433-T-EAJ

**SHANNON L. WREN**

### ORDER OF REMOVAL

The defendant, Shannon L. Wren, having been apprehended in the Middle District of Florida, Tampa Division, on a warrant issued in the District of Columbia, subsequently having been released on bond, the Defendant is hereby,

ORDERED to personally appear before the Honorable Paul Friedman, in the United States District Court for the District of Columbia, 333 Constitution Avenue N.W., Courtroom 29, Washington, DC, for arraignment on September 28, 2010 at 9:30 p.m.

DONE and ORDERED at Tampa, Florida this   23rd   day of September, 2010.

ELIZABETH A JENKINS
United States Magistrate Judge