**UNITED STATES DISTRICT COURT**
**Middle District of Florida**
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Sheryl L. Loesch, Clerk
(813) 301-5412

Tampa Division Manager
(813) 301-5470

**CLERK, U.S. DISTRICT COURT**
**District of Columbia**
**333 Constitution Avenue, NW**
**Washington, DC  20001**

   RE: United States of America v. Shannon L. Wren and Stephanie A. McCloskey
      Our Case No. 8:10-MJ-1433-T-EAJ
      Your Case No. 10-245

Dear Clerk:

  Enclosed herewith are the following documents in the above styled cause which has been transferred to your jurisdiction pursuant to Rule 5.

(X)  Original Magistrate Judge case documents

( )  Certified file (pertinent papers only)

( X)  Bond paperwork consisting of appearance bond and original property documents.

  Should you have any questions, please do not hesitate to contact me at (813) 301-5777.

  Thank you.

              Very truly yours,

              SHERYL L. LOESCH, CLERK

             BY: *Cathy Morgan*

**Enclosures**.            Cathy Morgan, Deputy Clerk